IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| BRENNA LEWIS, | * | 4:07-cv-00287 |
| Plaintiff, | * | |
| v. | * | |
| HEARTLAND INNS OF AMERICA, L.L.C., d/b/a HEARTLAND INN, ANKENY and BARBARA CULLINAN, individually and in her corporate capacity, | * | VERDICT FORM |
| Defendants. | * | |

We, the jury, find the following on the questions submitted to us:

**QUESTION 1:**

On Plaintiff's sex-stereotype discrimination claim, as submitted in Instruction 7, we find in favor of (check one):

Plaintiff _____

Defendants    X

(If your answer is "Plaintiff," go to Question 2. If your answer if "Defendants," do not answer Question 2, and go to Question 4 on this Verdict Form.)

**QUESTION 2:**

Has it been proved that the Defendants would have discharged the Plaintiff for refusing to undergo a second interview as required by company policy, regardless of her non-conformance with sex stereotypes?

Yes _____

No _____

(If your answer is "No," go to Question 3. If your answer is "Yes," do not answer Question 3 and go to Question 4 on this verdict form.)

**QUESTION 3:**

We find the amount of plaintiff's damages for sex-stereotype discrimination to be:

Lost wages and benefits:     $_____ (state the amount, or, if none, write "none")

Emotional distress damages: $_____ (state the amount, or, if none, write "none")

**QUESTION 4:**

On Plaintiff's retaliation claim, as submitted in Instruction 12, we find in favor of:

Plaintiff        _X_

Defendants    _____

(If your answer is "Plaintiff," go to Question 5. If your answer if "Defendants," do not answer Question 5, and please notify the Court's officer that you have reached your verdict.)

**QUESTION 5:**

We find the amount of plaintiff's damages for retaliation to be:

Lost wages and benefits:     $ 1800.00 (state the amount, or, if none, write "none")

Emotional distress damages: $ 19,000 (state the amount, or, if none, write "none")

(Please notify the Court's officer that you have reached your verdict.)