IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| BRENNA LEWIS, | * | 4:07-cv-00287 |
| Plaintiff, | * | |
| v. | * | |
| HEARTLAND INNS OF AMERICA, L.L.C., d/b/a HEARTLAND INN, ANKENY and BARBARA CULLINAN, individually and in her corporate capacity, | * | ADDITIONAL VERDICT FORM |
| Defendants. | * | |

We, the jury, find the following on the questions submitted to us:

**QUESTION 6:**

Did the Plaintiff prove that the conduct of the Defendants constituted malice or reckless indifference to her rights, as explained in Instruction 20? (check one):

Yes   _X_

No   ____

(If your answer is "Yes," go to Question 7. If your answer is "No," do not answer Question 7, and please notify the Court's officer that you have reached your verdict.)

**QUESTION 7:**

We award the Plaintiff the following punitive damages:

$ 30,000.00 (state the amount, or, if none, write "none")

(Please notify the Court's officer that you have reached your verdict.)