IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| **BRENNA LEWIS**, | * | Civil No. 07-287 |
| Plaintiff, | * | |
| v. | * | |
| **HEARTLAND INNS OF AMERICA**, **L.L.C.**, d/b/a **HEARTLAND INN**, **ANKENY** and **BARBARA CULLINAN**, **Individually and In Her Corporate Capacity**, | * | **SATISFACTION OF JUDGMENT** |
| Defendants. | * | |

**COMES NOW** the Plaintiff, Brenna Lewis, by and through her attorneys Andrew LeGrant and/or Sherinian & Hasso Law Firm and hereby acknowledges that the judgment in this matter, including attorneys' fees and court costs, has been satisfied in full.

Respectfully Submitted,

**LeGRANT LAW FIRM, P.C.**

By /s/ Andrew L. LeGrant
Andrew L. LeGrant         AT0008908
2900 100th Street, Suite 304
Urbandale, Iowa 50322
Telephone: (515) 331-6500
Facsimile: (855) 331-6509
Email: alegrant@legrantlaw.com
Email: mwhite@legrantlaw.com

ATTORNEY FOR PLAINTIFF

2

Original filed; electronic copy to:

David J. Dutton
Erin P. Lyons
Dutton, Braun, Staak,
 & Hellman, P.L.C.
3151 Brockway Road
P.O. Box 810
Waterloo, IA 50704

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on  April 10, 2014.
By:_____ U.S. Mail              _____ Facsimile
     _____ Hand Delivered    _____ Overnight Courier
     _____ Certified Mail       __X___ Other: CM/ECF

Signature   /s/ Andrew L. LeGrant